# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:04-00138 |
| | ) | Judge Trauger |
| | ) | |
| SHAWN DERRELL CATO | ) | |

## **O R D E R**

The defendant's Motion to Waive Cost of Subsistence (Docket No. 64) is **GRANTED IN PART**. It is hereby **ORDERED** that Diersen Charities is requested to waive, for this defendant, the cost of subsistence in order to enable Mr. Cato to strengthen his financial circumstances while he is a resident there.

It is so **ORDERED.**

Enter this 20th day of June 2013.

_____
ALETA A. TRAUGER
United States District Judge