# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:04-00138 |
| | ) | Judge Trauger |
| | ) | |
| SHAWN DERRELL CATO | ) | |

## O R D E R

A hearing was held on October 10, 2013 on the continuing matter of this defendant's performance on supervised release. At the hearing held on May 2, 2013, the defendant admitted the three violations set out in the Petition filed on March 18, 2013 (Docket No. 53). The defendant had been doing relatively well since that time, and it was the court's expectation that, at this hearing, the violations would be dismissed. Instead, it appears that the defendant has failed to attend his mental health sessions at Centerstone and has relapsed into the use of drugs.

The parties announced an agreed disposition that is acceptable to the court. It is hereby **ORDERED** that the defendant's supervised release is **REVOKED**, and he is sentenced to serve one (1) year and one (1) day in the custody of the Bureau of Prisons, with no supervision to follow.

It is so **ORDERED.**

Enter this 10th day of October 2013.

_____
ALETA A. TRAUGER
United States District Judge